UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TERRY DEAN,

Plaintiff, CASE NO.:

vs.

CARNIVAL CORPORATION,

Defendant.

_________________________________/

**COMPLAINT**

COMES NOW the Plaintiff, TERRY DEAN, by and through his undersigned counsel and sues the Defendant, CARNIVAL CORPORATION, and alleges as follows.

**GENERAL ALLEGATIONS**

1. This is an action for damages that exceeds $75,000.00, exclusive of costs, interest and attorney's fees, the sum specified by 28 U.S.C. § 1333.

2. This is an action for damages resulting from injuries received by Plaintiff, TERRY DEAN (hereinafter referred to as Plaintiff), while a passenger on board the vessel, "*Carnival Paradise*".

3. The Plaintiff, TERRY DEAN, at all times material herein, is a resident of Largo, Pinellas County, FL.

4. At all times material herein, the Defendants, CARNIVAL CORPORATION, was and is a foreign corporation, doing business in Miami, Miami-Dade County, Florida, as a cruise ship company.

5. At all times material herein, the Defendant, CARNIVAL CORPORATION owned, managed, and operated the vessel known as *"Carnival Paradise",* which is a passenger cruise liner sailing in the navigable waters of Miami-Dade County.

6. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears.

7. Venue is based on 18 U.S.C. '1391(a) as a substantial part of the events or omissions giving rise to this Complaint occurred in the Southern District of Florida.

**COUNT I**

Plaintiffs reallege and reaver paragraphs 1 through 7 as though fully set forth herein.

8. On or about November 15, 2025, Plaintiff was an invitee aboard the vessel *"Carnival Paradise"* which was owned and operated by the Defendant, CARNIVAL CORPORATION, in the navigable waters of Miami-Dade County, Florida.

9. At said time and place, while the Plaintiff was walking from the casino area to the dance floor, Plaintiff slipped and fell on a clear liquid on the tile floor, resulting in serious injuries.

10. At all times material hereto, the Defendant, CARNIVAL CORPORATION, owed the Plaintiff a duty of care to provide the vessel in a reasonably safe condition, to provide for his safety, and to guard against potential hazards and dangerous conditions on board the vessel, and in particular owed a duty to warn the Plaintiff and other passengers of the dangerous conditions at all times aboard the vessel.

11. The crew on the Defendant's vessel caused a dangerous condition on the vessel by allowing liquid to accumulate on the floor of the vessel.

12. The Defendant breached their duty of care and were negligent in the following respects, among others:

a. The Defendant had actual or constructive knowledge of the dangerous conditions and took no to remedy it.

b. By allowing liquid to accumulate on the floor, which created a dangerous and hazardous condition on the vessel;

c. By failing to warn the Plaintiff and other of pending dangers or perils.

13. The above-referenced conditions were known to the Defendants, CARNIVAL CORPORATION or had existed for a sufficient length of time so that the Defendant, CARNIVAL CORPORATION, should have known of them.

14. As a direct and proximate result of the negligence of the Defendants, CARNIVAL CORPORATION, the Plaintiff, TERRY DEAN, suffered bodily injury, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The injuries or losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, TERRY DEAN, demands judgment for damages against Defendants, CARNIVAL CORPORATION, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with post-judgment and pre-judgment interest at the legal rate and the cost and disbursement of this action and demands a trial by jury of all issues triable by jury.

**DATED** THIS 17th day of December, 2025.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

ABRAHAMSON & UITERWYK
CAR ACCIDENT & INJURY LAWYERS
900 W. Platt Street
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738
jpimenta@uiterwyklaw.com

_/s/ *Justin W. Pimenta* ______________________
JUSTIN W. PIMENTA, ESQ., Partner
Florida Bar No.: 0619868